United States Bankruptcy Court
Middle District of Florida

In re:  
Benjamin H Yormak  
    Debtor

Case No. 15-04241-FMD  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 113A-9     User: glaura     Page 1 of 1     Date Rcvd: May 24, 2018  
                     Form ID: Dntcrmsj     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2018.
db          +Benjamin H Yormak,   16221 Camden Lakes Circle,   Naples, FL 34110-2882

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2018                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2018 at the address(es) listed below:
         Amy L Drushal    on behalf of Creditor    Synovus Bank aldrushal@trenam.com,   tfowler@trenam.com,
          mmosbach@trenam.com
         Joseph T King    on behalf of Creditor    Synovus Bank jking@burr.com,   ccook@burr.com
         Joshua A Hajek    on behalf of Creditor    Cohen & Grigsby, P.C. jhajek@cohenlaw.com,
          ssheldon@cohenlaw.com
         Michael E Cecil    on behalf of Trustee Jon   Waage michael.cecil@tampa13.com
         Nicole Mariani Noel    on behalf of Creditor    Central Mortgage Company
          bankruptcynotices@kasslaw.com,   nmnoel@ecf.courtdrive.com
         Richard A Johnston, Jr.    on behalf of Other Prof. Shawn   Seliger, Esq
          richard@richardjohnstonlaw.com,   cynthia@richardjohnstonlaw.com;emily@richardjohnstonlaw.com
         Richard J. Hollander    on behalf of Debtor Benjamin H Yormak millerandhollander@comcast.net,
          backupnotices@comcast.net;mhbknotices@gmail.com
         Robert E Tardif, Attorney for Trustee    on behalf of Trustee Robert E Tardif, Jr.
          rtardif@comcast.net,   graceheidkamp@gmail.com;blkenney2@comcast.net
         Robert E Tardif, Jr.    rtardif@comcast.net,
          graceheidkamp@gmail.com;blkenney2@comcast.net;rtardif@ecf.epiqsystems.com
         Steven R Yormak    on behalf of Creditor Steven R Yormak yormaklaw@aol.com,
          kimberlyachristian@hotmail.com
         United States Trustee - FTM7/13, 7    USTPRegion21.TP.ECF@USDOJ.GOV
                                                                                      TOTAL: 11

[Dntcrmsj] [District Notice Regarding Motion for Summary Judgment]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

In re:                                                                                          Case No. 9:15−bk−04241−FMD
                                                                                                Chapter 7
Benjamin H Yormak


_____Debtor*_____/

## NOTICE REGARDING MOTION FOR SUMMARY JUDGMENT

NOTICE IS GIVEN THAT the Debtor ("Movant") has filed a motion for summary judgment under Rule 7056 of the Federal Rules of Bankruptcy Procedure, which adopts by reference Rule 56 of the Federal Rules of Civil Procedure. This means that the Movant has asked the Court to decide this case in the Movant's favor without a trial, based on written materials submitted in support of the motion. Rule 56 allows this Court to decide a matter without a trial if the Court determines that there is no genuine dispute of any material facts and that the Movant is entitled to judgment as a matter of law.

If you oppose the motion for summary judgment, you must file a response with the Court within 21 days from the date of this notice, plus an additional three days if you receive this notice by U.S. Mail. Your response must either attach or cite to specific evidence in the Court file to demonstrate that you dispute a material fact. The evidence may include sworn affidavits or declarations, depositions, documents, electronically stored information, stipulations (including those made for purposes of the motion for summary judgment only,) responses to requests for admissions, interrogatory answers, or other materials.

*If you do not file a response with sworn affidavits or declarations or other evidence that contradicts the facts asserted by the Movant, the Court may accept the Movant's facts as true and enter a final judgment against you without further notice or hearing. Therefore, it is very important that you support your response with a sworn affidavit, declaration, or other evidence to show that there is a disputed issue of fact that the Court needs to consider at a trial.*

If you file a response to the motion for summary judgment, the Movant may file a reply within seven days after being served with your response. The Court will either notify the parties the parties of a hearing date or enter an order on the motion for summary judgment after considering the response and any timely reply.

Attached to this notice is a copy of Rule 56 and a form of declaration that you may use in responding to the motion for summary judgment.


                                                            FOR THE COURT
Dated: May 24, 2018                                         Sheryl L. Loesch , Clerk of Court
                                                            801 N. Florida Ave. Suite 555
                                                            Tampa, FL 33602−3899


The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.