ORDERED.

Dated:  April 15, 2019

Caryl E. Delano
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

In re:  Case No. 9:15-bk-04241-FMD
Chapter 7

Benjamin H. Yormak,

    Debtor.
_____/

**ORDER DENYING STEVEN YORMAK'S MOTION FOR SANCTIONS
AGAINST DEBTOR BENJAMIN YORMAK FOR CONTEMPT OF COURT ORDER**
**(Doc. No. 533)**

THIS CASE came on for consideration without a hearing of Creditor Steven R. Yormak's *Motion for Sanctions Against Debtor Benjamin H. Yormak for Contempt of Court Order* (Doc. No. 533) (the "Motion") and Debtor's response (Doc. No. 534). For the following reasons, the Court will deny the Motion.

The Motion relates to Steven Yormak's *Motion to Continue and/or Reschedule Hearings and Proceedings Including Debtor Motion for Partial Summary Judgment Set by Court for November 28, 2018 (Doc. No. 505) on Basis of Creditor Unavailability* (Doc. No. 514) (the "Motion to Continue") and this Court's *Order Directing Creditor to File Documents in Support of his Motion to Continue November 28, 2018 Hearing Under Seal* (Doc. No. 522) (the "Order").

In the Motion to Continue, Steven Yormak requested a continuance of a hearing scheduled for November 28, 2018, based upon his upcoming major surgery. He offered to provide supporting medical documentation to the Court for its *in camera* review. In the Order, the Court directed Steven Yormak to file the medical documentation with the Court, under seal, with access limited to the Court. Steven Yormak complied with the Order and filed the medical documentation under seal.

Steven Yormak contends that, notwithstanding the Court's directive that his medical documentation be filed under seal, Debtor acted outside this Court – in a legal proceeding pending in Massachusetts Superior Court – to obtain Steven Yormak's medical report.

The Court finds as follows:

1. Steven Yormak's anticipated major surgery was neither a type of medical procedure that most persons would consider to be highly personal, sensitive, private, or embarrassing nor a type of medical procedure that most persons would feel the need to keep confidential. Notwithstanding the Court's views regarding what most persons would consider routine (albeit major) surgery, in entering the Order, the Court accommodated Steven Yormak's request to maintain the privacy of his health information.

2. The Motion does not allege that Debtor took any actions designed to violate or circumvent the Order.

   Accordingly, it is

   **ORDERED** that the Motion is **DENIED**.

The Clerk's office is directed to serve a copy of this Order on interested parties via CM/ECF.