

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

07/26/2019 11:00 AM

COURTROOM Room 4-102

**HONORABLE CARYL DELANO**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 9:15-bk-04241-FMD | 7 | 04/24/2015 |

**Chapter 7**

**DEBTOR:**   Benjamin Yormak

**DEBTOR ATTY:**   Richard Hollander

**TRUSTEE:**   Robert Tardif

**HEARING:**

*(1) Continued Motion to Set Status Conference Filed by Trustee Robert E Tardif Jr. (related document(s)[365]). (Tardif, Robert) Doc #563

- Notice of Filing Pursuant to Trustee's Corrected Motion to Determine That Attorney Fees in CBL Litigation Are Property of the Estate (Doc 365, 366) and Notice of Joinder By Creditor in Trustee's Motion For Turnover of Property (Doc. No. 366) Filed by Steven R Yormak on behalf of Creditor Steven R Yormak (related document(s)[382], [366], [365], [383]). (Yormak, Steven) Doc #570

- Supplemental Response to Creditor Steven R. Yormak's Motion to Compel Debtor Discovery Filed by Richard J. Hollander on behalf of Debtor Benjamin H Yormak (related document(s)[363]). (Hollander, Richard) Doc #592

*(2) Motion to Compel Debtor Discovery. Filed by Steven R Yormak on behalf of Creditor Steven R Yormak; Doc.#   363

-Reply to Debtor's Supplemental Second Amended Response to Creditor Motion to Compel (DE 363)(Debtor Responses - DE 592, DE 384, DE 378, DE 375) Filed by Steven R Yormak on behalf of Creditor Steven R Yormak (related document(s)[363]). (Yormak, Steven) (Doc #608)

~(3) Motion for Protective Order as to Trustee's Request for Production of Documents and Things and Creditor, Steven R. Yormak's Supplementary Request for Production of Documents and Things Filed by Richard J. Hollander on behalf of Debtor Benjamin H Yormak (Attachments: # [1] Exhibit 1 # [2] Exhibit 2) (Hollander, Richard) Doc #612

- Response to Debtor's Motion for Protective Order as to Trustee's Request for Production of Documents and Things and Creditor, Steven R. Yormak's Supplementary Request for Production of Documents and Things Filed by Steven R Yormak on behalf of Creditor Steven R Yormak (related document(s)[612]). (Yormak, Steven) Doc #618

~ Motion to Strike (Partially) Debtor's Motion for Protective Order as to Trustee's Request for Production of Documents and Things and Creditor, Steven R. Yormak's Supplementary Request for Production of Documents and Things Filed by Steven R Yormak on behalf of Creditor Steven R Yormak (related document(s)[612]). (Yormak, Steven) Doc #619

**APPEARANCES::**   Robert Tardif, Richard Hollander, Steven Yormak

**WITNESSES:**

**EVIDENCE:**

**RULING:**

*(1) Continued Motion to Set Status Conference Filed by Trustee Robert E Tardif Jr. (related document(s)[365]). (Tardif, Robert) Doc #563 -   Continued to 8/28/2019 at 9:30 am in Ft Myers, Announced in Open Court No Further Notice Given

- Notice of Filing Pursuant to Trustee's Corrected Motion to Determine That Attorney Fees in CBL Litigation Are Property of the Estate (Doc 365, 366) and Notice of Joinder By Creditor in Trustee's Motion For Turnover of Property (Doc. No. 366) Filed by Steven R Yormak on behalf of Creditor Steven R Yormak (related document(s)[382], [366], [365], [383]). (Yormak, Steven) Doc #570

- Supplemental Response to Creditor Steven R. Yormak's Motion to Compel Debtor Discovery Filed by Richard J. Hollander on behalf of Debtor Benjamin H Yormak (related document(s)[363]). (Hollander, Richard) Doc #592


*(2) Motion to Compel Debtor Discovery. Filed by Steven R Yormak on behalf of Creditor Steven R Yormak; Doc.#   363 -   Granted to extent it seeks to produce documents as outlined in open court, denied as to financial records and debtor is precluded from introducing financial records at trial O/Hollander

-Reply to Debtor's Supplemental Second Amended Response to Creditor Motion to Compel (DE 363)(Debtor Responses - DE 592, DE 384, DE 378, DE 375) Filed by Steven R Yormak on behalf of Creditor Steven R Yormak (related document(s)[363]). (Yormak, Steven) (Doc #608)

~(3) Motion for Protective Order as to Trustee's Request for Production of Documents and Things and Creditor, Steven R. Yormak's Supplementary Request for Production of Documents and Things Filed by Richard J. Hollander on behalf of Debtor Benjamin H Yormak (Attachments: # [1] Exhibit 1 # [2] Exhibit 2) (Hollander, Richard) Doc #612 -   Denied to extent debtor is to produce documents as outlined in open court O/Hollander

- Response to Debtor's Motion for Protective Order as to Trustee's Request for Production of Documents and Things and Creditor, Steven R. Yormak's Supplementary Request for Production of Documents and Things Filed by Steven R Yormak on behalf of Creditor Steven R Yormak (related document(s)[612]). (Yormak, Steven) Doc #618

~ Motion to Strike (Partially) Debtor's Motion for Protective Order as to Trustee's Request for Production of Documents and Things and Creditor, Steven R. Yormak's Supplementary Request for Production of Documents and Things Filed by Steven R Yormak on behalf of Creditor Steven R Yormak (related document(s)[612]). (Yormak, Steven) Doc #619

  **Parties to coordinate with courtroom deputy on trial date in March 2020**
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.